# UNITED STATES DISTRICT COURT
## District of Kansas
### (Topeka Docket)

**UNITED STATES OF AMERICA,**

      Plaintiff,

  v.                                    **CASE NO.:** 26-40012-TC-RES

**DANNY RAY STANO, JR.,**

      Defendant.

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

**Possession of a Firearm by a Prohibited Person**
**[18 U.S.C. § 922(g)(1)]**

That on or about May 19, 2025, in the District of Kansas, the defendant,

**DANNY RAY STANO, JR.,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, namely, a

1

**Glock 36**
.45 Caliber
Semi-Automatic Pistol
Serial No.: BFDZ218

**Glock 21, Gen 4**
.45 Caliber
Semi-Automatic Pistol
Serial No.: BDDL051

**Masterpiece Arms**
**Defender MPA30T**
9x19mm (9mm Luger)
Semi-Automatic Pistol
Serial No.: FX35310

**Smith & Wesson**
**M&P FPC**
9x19mm (9mm Luger)
Semi-Automatic Rifle
Serial No.: VA33604

**Rock River Arms**
**LAR-15**
5.56x45mm (.223 Rem)
Semi-Automatic Rifle
Serial No.: KT3001256

each firearm having been shipped and transported in interstate and foreign commerce; and the defendant possessed a firearm knowing that his prior crime of conviction was punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(g)(1), with reference to Title 18, United States Code, Section 924(a)(8).

## COUNT TWO

### Conspiracy to Distribute and
### Possess with the Intent to Distribute Methamphetamine
### [21 U.S.C. §§ 841(a)(1) and 846]

That on or about March 10, 2021, in the District of Kansas, and elsewhere, the defendant,

**DANNY RAY STANO, JR.,**

combined, conspired, confederated, and agreed with persons whose identities are both known and unknown to the Grand Jury, to distribute, and possess with the intent to distribute, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 812, and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense set forth in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section

3

924(d), and Title 28, United States Code, Section 2461(c), all ammunition, and firearms involved in the commission of the offense, including, but not limited to:

**Glock 36**
.45 Caliber
Semi-Automatic Pistol
Serial No.: BFDZ218

**Glock 21, Gen 4**
.45 Caliber
Semi-Automatic Pistol
Serial No.: BDDL051

**Masterpiece Arms Defender MPA30T**
9x19mm (9mm Luger)
Semi-Automatic Pistol
Serial No.: FX35310

**Smith & Wesson M&P FPC**
9x19mm (9mm Luger)
Semi-Automatic Rifle
Serial No.: VA33604

**Rock River Arms LAR-15**
5.56x45mm (.223 Rem)
Semi-Automatic Rifle
Serial No.: KT3001256

3. Upon conviction of the offense set forth in Count One of this Indictment, the defendant shall also forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c) all ammunition seized from his residence on May 19, 2025.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

5

# A TRUE BILL.

| March 4, 2026 | s/Foreperson |
|---|---|
| DATE | FOREPERSON OF THE GRAND JURY |

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY
District of Kansas

By: /s/ *Jared S. Maag*
    JARED S. MAAG
    Assistant United States Attorney
    District of Kansas
    444 Quincy St., Suite 290
    Topeka, Kansas 66683
    Ph: (785) 295-2850
    Fax: (785) 295-2853
    Email: jared.maag@usdoj.gov
    Ks. S. Ct. No. 17222

---

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

---

# PENALTIES

## COUNT ONE

### Possession of a Firearm by a Prohibited Person
### [18 U.S.C. § 922(g)(1)]

- A term of imprisonment not to exceed fifteen (15) years.
  18 U.S.C. § 924(a)(8).

- A fine not to exceed $250,000.00
  18 U.S.C. § 3571(b)(3).

- Or both

- A term of supervised release not to exceed three (3) years.
  18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).

## COUNT TWO

### Conspiracy to Distribute and
### Possess with the Intent to Distribute Methamphetamine
### [21 U.S.C. §§ 841(a)(1) and 846]

- A term of imprisonment not less than ten (10) years.
  21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10,000,000.00
  21 U.S.C. § 841(b)(1)(A).

- Or both

- A term of supervised release of at least five (5) years.
  21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00 per count of conviction. 18 U.S.C. § 3013(a)(2)(A).