**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case Number:  **26-40012** |
| | ) | |
| DANNY RAY STANO, JR., | ) | |
| | ) | |
| Defendant. | ) | Date of Hearing:  **5/27/26** |
| _____ | ) | |

### CRIMINAL MINUTE SHEET – STATUS CONFERENCE

| | |
|---|---|
| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **28 minutes** |

**APPEARANCES:**        parties appear:  IN PERSON
- United States of America:        **Jared Maag**
- Defendant's counsel:        **Katrina Robertson**
- Defendant:        **In Custody - Present**

**PROCEEDINGS**:

This case was initially set for status conference.  Defense counsel notifies the Court that defendant is requesting new counsel.  The court excuses the plaintiff from the courtroom and holds an *ex parte* hearing in connection with the oral request.

Plaintiff is invited back into the courtroom.

The Court GRANTS the defendant's request for new counsel.

**The Court sets a Status Conference for June 17,  2026 at 9:00 a.m. in Courtroom 401.**

Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 6/17/26 as to Defendant.

The defendant is remanded to custody.