**In the United States District Court**
**for the District of Kansas**

————————

Case No. 5:26-cr-40012-TC-1

————————

UNITED STATES OF AMERICA,

*Plaintiff*

v.

DANNY RAY STANO, JR.,

*Defendant*

————————

**NOTICE OF RECEIPT**

The Court received correspondence from Defendant Danny Ray Stano. Mr. Stano is currently represented by counsel Shazzie Naseem. It would be improper for the Court to consider any submission by Mr. Stano that has not been processed through his attorney.

The Court has reviewed this correspondence and has decided to provide it to Mr. Stano's counsel on an *ex parte* basis and not make the correspondence part of the record in this case at this time. The Court will take no further action concerning the document submitted by Mr. Stano. Mr. Stano's counsel remains free, of course, to pursue all issues that he and his client deem appropriate.

Date:  June 1, 2026                    _s/ Toby Crouse_____

                                       Toby Crouse
                                       United States District Judge